STATE OF NEW JERSEY v. JOHN L. RUSS.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM A. SCHULTHEIS.

May 19, 1971. Petition for certification denied (See 113 *N. J. Super.* 11.)

STATE OF NEW JERSEY v. ALBERT FORTNEY.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST M. McNAIR.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES TONY SCOTT.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. GEORGE KATZ, *ET AL.*

May 19, 1971. Petition for certification denied.